# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

JAN - 3 2007

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

**07-00001**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br><br>vs. )<br><br>RYAN JASON WALL, )<br>Defendant. ) | CRIMINAL CASE NO. _____<br><br>**COMPLAINT**<br><br>**ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**<br>[21 U.S.C. § 841(a)(1) and 846] |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

On about January 2, 2006, in the District of Guam, the defendant, RYAN JASON WALL, did unlawfully and knowingly attempt to possess with intent to distribute approximately 118.9 gross grams, gross weight, of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

COMPLAINANT FURTHER STATES:

I, Michael C. PERKINS, being a Task Force Agent with the U.S. Drug Enforcement Administration (DEA) and acting in my official capacity, set forth the following facts:

1. I am a Task Force Agent (TFA) of the United States Drug Enforcement Administration (DEA) Resident Agency, Hagåtña, Guam and have been so assigned since September 2006. I have been a Police Officer with the Guam Police Department for nine (9) years. During this time, I have completed training courses consisting of drug identification, methods and procedures used by drug organizations to import and distribute narcotics. I have participated in controlled deliveries, and negotiations to purchase illegal drugs, such as crystal methamphetamine a.k.a. "ice." Additionally, I have participated in numerous arrests while assigned to DEA and GPD pertaining to the distribution and importation of controlled substances. I have also assisted in the execution of numerous search warrants. I have been assigned to the investigation of narcotics violations as both case agent, seizing agent and surveillance agent.

2. On December 29, 2006, at about 6:00 p.m., while at the Guam Resident Office (GRO) Task Force Officer Marvin R. Desamito received an anonymous telephone call about a DHL package containing the drug "ICE." The caller provided TRO Desamito with DHL tracking number 8329724874, the caller stated that the DHL package was originally sent from Fife, Washington on December 15, 2006. This information was verified on the DHL website. A lookout was placed for the DHL package.

3. On December 29, 2006 at 7:00 p.m., Officer Michael C. Perkins met with the anonymous caller (hereinafter Source of Information (SOI)). The SOI stated that the DHL package was sent to a person identified as Ryan Jason Wall, and that Ryan Jason Wall had previously received a DHL package on December 6, 2006 and that approximately 5 ounces of "ICE", were concealed in the package.

2

4. On December 30, 2006, Officer Perkins checked the DHL tracking number and learned that the package arrived on Guam at 8:00 a.m. The DHL package was omitted from the airline manifest, and the package had been routed from Fife, Washington to Los Angeles, California, to China, and Guam.

5. On December 30, 2006, the package was X-rayed at the Guam International Airport, the X-Ray revealed the contents contained an organic substance consistent with contraband. On December 31, 2006, a Search Warrant was obtained from the Magistrate Judge.

6. On December 31, 2006, the Warrant was Executed, the package was opened while at the Guam Resident Office. The package contained 118.9 gross grams of crystal methamphetamine concealed within bath products.

7. On January 2, 2007, a controlled delivery operation was conducted at the DHL complex in Tiyan, Guam. At 5:18 p.m., the defendant Ryan Jason Wall drove up to the DHL Complex, entered the building, provided a tracking number and received the package. As the defendant Ryan Jason Wall exited the building, he was arrested.

//

//

//

//

//

//

3

8. Based on the foregoing, I have probable cause to believe that RYAN JASON WALL has committed the offense of attempted possession of methamphetamine hydrochloride with intent to distribute in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

MICHAEL C. PERKINS
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED TO before me on this 2d day of January, 2007.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

4