# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

07-00001

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name _____Ryan Jason Wall_____

Allisas Name _____

Address _____

_____

RECEIVED JAN 3 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM

Birth date __XX/XX/1974__ SS# __XXX-XX-2908__ Sex _M_ Race _C_ Nationality _U.S._

**U.S. Attorney Information:**

AUSA __Rosetta San Nicolas__

**Interpreter:** _X_ No ___ Yes      List language and/or dialect: __N/A__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___      ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) and § 846 | ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE W/INTENT TO DISTRIBUTE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: 1/3/17      Signature of AUSA: _____