# ORIGINAL UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

RYAN JASON WALL

**WARRANT FOR ARREST**

Case Number: CR-07-00001

**FILED**
DISTRICT COURT OF GUAM
JAN - 3 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    RYAN JASON WALL
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    **X** Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with  (brief description of offense)

**Attempted Possession of Methamphetamine Hydrochloride with Intent to Distribute**

in violation of Title   **21**   United States Code, Section(s)   **841(a)(1) and 846**

**JOAQUIN V. E. MANIBUSAN, JR.**
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

**Magistrate Judge**
Title of Issuing Officer

**January 3, 2007; Hagatna, Guam**
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Tumon, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-03-07 | TFO Michael C. Packus | [Signature] |
| DATE OF ARREST 1-03-07 | | |

AO 442    (Rev. 12/85) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: **RYAN JASON WALL**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____