# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00001  DATE: January 04, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 9:16:44 - 9:22:15
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Ryan Jason Wall  Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent:
U.S. Probation: Carleen Borja  U.S. Marshal: W. Gray / G. Perez / D. Punzalan
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance**
- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant advised of his rights.
- Preliminary Examination set for: <u>January 12, 2007 at 10:00 A.M.</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>.

NOTES: