

**FILED**
DISTRICT COURT OF GUAM
JAN 4 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>**RYAN JASON WALL,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. **07-00001**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to January 3, 2007.

Dated this 4th day of January, 2007.

　　　　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR.
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

ORIGINAL