ryanwallind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America



**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
JAN 10 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00001 |
| Plaintiff, | **INDICTMENT** |
| vs. | **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE (Count I)** [21 U.S.C. §§ 841(a)(1) and 846] |
| RYAN JASON WALL, | **ATTEMPTED POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE (Count II)** |
| Defendant. | [21 U.S.C. § 841(a)(1)] |

THE GRAND JURY CHARGES:

**COUNT I - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE**

Beginning on about January 2006, an exact date unknown, and continuing thereafter to and until January 2, 2007, in the District of Guam, the defendant herein, RYAN JASON WALL, and other co-conspirators both known and unknown, did unlawfully, knowingly, and intentionally combine, conspire, confederate and agree together with each other to distribute in excess of 118.9 grams, net weight, of methamphetamine hydrochloride, also known as "ice", a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

# COUNT II - ATTEMPTED POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE

On about January 2, 2007, in the District of Guam, the defendant herein, RYAN JASON WALL, did unlawfully and knowingly possess with intent to distribute 118.9 grams, net weight, of methamphetamine hydrochloride, also known as "ice", a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Dated this 10th day of January 2007.

A TRUE BILL.

_____
IRENE S. MAFNAS
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Approved:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2