RECEIVED
JAN 10 2007
US MARSHALS SERVICE-GUAM

AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>RYAN JASON WALL<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: CR-07-00001-001 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Room<br>413 |
|---|---|
| | Date and Time<br>Friday, January 12, 2007 at 9:15 a.m. |

To answer a(n)
X Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

COUNT I - Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846
COUNT II - Attempted Possession of Methamphetamine with Intent to Distribute, 21 U.S.C. § 841(a)(1)

**FILED**
DISTRICT COURT OF GUAM
JAN 12 2007
MARY L.M. MORAN
CLERK OF COURT

MELISSA L. TRAUNER, Deputy Clerk
Name and Title of Issuing Officer

*Melissa L. Trauner* (signature)
Signature of Issuing Officer

January 10, 2007
Date

**ORIGINAL**

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 1/12/2007 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: U.S. District Court Hagatna, Guam 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  1/12/2007
            Date

J. Salas
Name of United States Marshal

V. Roman
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.