# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00001-001    DATE: January 12, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 9:45:46 - 9:49:20
CSO: F. Tenorio / J. Lizama

**APPEARANCES:**

Defendant: Ryan Jason Wall    Attorney: Richard Arens
☒ Present ☒ Custody ☐ Bond ☐ P.R.    ☒ Present ☐ Retained ☒ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas    U.S. Agent: M. Perkins, D.E.A.
U.S. Probation: Maria Cruz    U.S. Marshal: V. Roman / D. Punzalan
Interpreter:    Language:

**PROCEEDINGS: Arraignment**
- Defendant sworn and examined.
- Plea entered: Not guilty
- Trial set for: March 8, 2007 at 9:30 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: