JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:   (671) 472-7120

Attorney for Defendant
RYAN JASON WALL



**FILED**
DISTRICT COURT OF GUAM
FEB 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00001 |
| | ) | |
| Plaintiff, | ) | MOTION TO SUPPRESS PHYSICAL |
| | ) | EVIDENCE |
| vs. | ) | |
| | ) | |
| RYAN JASON WALL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO SUPPRESS PHYSICAL EVIDENCE

COMES NOW the defendant, RYAN JASON WALL, through counsel, Richard P. Arens, Assistant Federal Public Defender, and moves this Honorable Court to suppress all physical evidence and the fruits thereof, along with any other physical evidence and statements, derived from the search of the DHL package executed December 31, 2006.

This motion is based upon the Fourth Amendment to the United States Constitution, the attached memorandum of law, counsel and any evidence which may be adduced at an evidentiary

**ORIGINAL**

hearing in this matter.

## MEMORANDUM OF LAW

### I. FACTUAL BACKGROUND

According to the discovery provided by the government, on December 29, 2006, DEA Task Force Officer Marvin R. Desamito received an anonymous telephone call regarding a DHL package containing crystal methamphetamine which had been shipped to Guam. The anonymous caller informed agents of the DHL tracking number, the date and place from which the package was sent and the alleged recipient. The package allegedly arrived on Guam on the morning of December 30, 2006. On the same day at approximately 4:52 p.m., a K-9 drug detector dog was utilized to conduct a drug detection test on the package. The dog sniff was negative for the presence of drugs. Agents next processed the package through the airport x-ray machine. According to the agents, the package contained suspicious items commonly used to import drugs.

On December 31, 2006, the government obtained and executed a search warrant on the package. Suspected methamphetamine was found in the package. The parcel was then repackaged with a substitute product and returned to the DHL office. On January 2, 2007, Ryan Wall was arrested when he picked up package.

Mr. Wall respectfully contends that the search was illegal based on the lack of probable cause supporting the warrant.

//
//
//
//

## II. ARGUMENT

### THERE WAS INSUFFICIENT PROBABLE CAUSE TO SUPPORT THE ISSUANCE OF A SEARCH WARRANT

The Fourth Amendment of the United States Constitution guarantees "the right of people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures". U.S. Const. Amend IV. The government bears the burden of proving by a preponderance of the evidence that evidence derived from a Fourth Amendment violation should not be suppressed. See e.g,. United States v. Delgadillo-Velasquez, 856 F.2d 1292,1299-30 (9th Cir. 1986). Any evidence directly obtained from an illegal seizure is inadmissible under the "fruit of the poisonous tree" doctrine. See United States v. Hernandez, 55 F.3d 443, 447 (9th Cir. 1995).

Mr. Wall contends that the search warrant lacked the requisite probable cause required by the Fourth Amendment. Mr. Wall requests that all evidence obtained pursuant to the execution of the warrant be suppressed as well as any physical evidence or statements that were derived from the illegal search.

## III. CONCLUSION

For all the reasons mentioned above, it is respectfully requested that the evidence gathered as a result of the vehicle stop be suppressed.

DATED: Mongmong, Guam, February 22, 2007.

RICHARD P. ARENS
Attorney for Defendant
RYAN JASON WALL

3

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on February 23, 2007:

ROSETTA SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, February 23, 2007.

RENATE DOEHL
Operations Administrator

RICHARD P. ARENS
Attorney for Defendant
RYAN JASON WALL