# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN JASON WALL,<br><br>Defendant. | Criminal Case No. 07-00001<br><br>**ORDER** |

The trial in this matter is presently scheduled for March 8, 2007, at 9:30a.m. However, there is an outstanding Motion to Suppress filed by the Defendant which is hereby scheduled to come before this court on March 14, 2007, at 10:30 a.m. Accordingly, the court vacates the trial date in this matter pending resolution of the motion. Once the motion is resolved the case will be rescheduled for trial as appropriate.

**SO ORDERED** this 1st day of March, 2007.

**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**