# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-07-00001          DATE: March 15, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 11:05:21 - 12:13:37
CSO: B. Benavente / J. Lizama

**APPEARANCES:**

Defendant: Ryan Jason Wall      Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent: Mike Perkins, D.E.A.
U.S. Probation: None Present      U.S. Marshal: D. Punzalan / T. Muna
Interpreter:      Language:

**PROCEEDINGS: Motion to Suppress Physical Evidence**
- Proceedings continued to: March 19, 2007 at 9:30 A.M.
- Defense counsel's oral motion to bar Agent Perkins from the courtroom during Agent Marvin Desamito's testimony denied.

NOTES: Agent Marvin Desamito called and sworn to testify (See attached Exhibit and Witness List).

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| v. | |
| **Ryan Jason Wall** | Case Number: **CR-07-00001** |

| PRESIDING JUDGE<br>**FRANCES TYDINGCO-GATEWOOD** | PLAINTIFF'S ATTORNEY<br>**ROSETTA SAN NICOLAS** | DEFENDANT'S ATTORNEY<br>**RICHARD ARENS** |
|---|---|---|
| HEARING DATE (S)<br>MARCH 15, 2007 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Agent Marvin Desamito, called and sworn** |
| | | | | | | **11:14:20 DX by Ms. San Nicolas** |
| | 10 | | 3/15/07 | 3/15/07 | | Affidavit of Agent Marvin Desamito |
| | | | | | | 11:48:25 End of DX |
| | | | | | | **CX by Mr. Arens** |
| | | A | 3/15/07 | 3/15/07 | | Page 32 of Discovery (Officer Perkins) |
| | 10 | | 3/15/07 | 3/15/07 | | Affidavit of Agent Marvin Desamito |
| | | | | | | **12:13:14 End of CX** |

Page -1-