# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00001-001  DATE: March 19, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:03:34 - 10:22:06
  10:39:55 - 11:14:30
  11:22:50 - 11:52:36
  2:00:27 - 3:58:46

CSO: P. Taijeron / F. Tenorio

**APPEARANCES:**
Defendant: Ryan Jason Wall  Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent: Mike Perkins, D.E.A. Task Force Agent
U.S. Probation: None Present  U.S. Marshal: T. Muna / D. Punzalan
Interpreter:  Language:

**PROCEEDINGS: Continued Motion to Suppress Physical Evidence**
- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187.
- Proceedings continued to: March 20, 2007 at 9:30 a.m.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**United States of America**

**v.**

**Ryan Jason Wall**

## EXHIBIT AND WITNESS LIST

Case Number: **CR-07-00001**

| PRESIDING JUDGE **FRANCES TYDINGCO-GATEWOOD** | PLAINTIFF'S ATTORNEY **ROSETTA SAN NICOLAS** | DEFENDANT'S ATTORNEY **RICHARD ARENS** |
|---|---|---|
| HEARING DATE (S) MARCH 19, 2007 | COURT REPORTER **WANDA MILES** | COURTROOM DEPUTY **LEILANI TOVES HERNANDEZ** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Court and parties verify Exhibit 10 which was submitted on the 3/15/07 hearing** |
| | 11 | | 3/19/07 | 3/19/07 | | **Search Warrant (Original) - One(1) DHL Mail Parcel Bearing the Printed Address, 801 Pale San Vitores Rd., Tumon, Guam 96913, filed Jan. 8, 2007** |
| | 12 | | 3/19/07 | 3/19/07 | | **Application and Affidavit for Search Warrant (Original) - One(1) DHL Mail Parcel Bearing the Printed Address, 801 Pale San Vitores Rd., Tumon, Guam 96913, filed Jan. 8, 2007** |
| | | | | | | **10:49    MARVIN DESAMITO, resumes the witness stand** |
| | | | | | | **Re-CX by Mr. Arens** |
| | 12 | | 3/19/07 | 3/19/07 | | **Application and Affidavit for Search Warrant (Original) - One(1) DHL Mail Parcel Bearing the Printed Address, 801 Pale San Vitores Rd., Tumon, Guam 96913, filed Jan. 8, 2007** |
| | | | | | | Objection re shipment received by Darryl Stewart |
| | | | | | | Court defers ruling |
| | | | | | | **11:52:36 - Lunch recess** |
| | | | | | | **2:00:57 Resume hearing** |
| | | | | | | Resume Re-CX by Mr. Arens |
| | | | | | | Court sustains the objection regarding shipment received by Darryl Stewart |
| | | | | | | 2:08:09 End Re-CX |
| | | | | | | Re-DX by Ms. San Nicolas |
| | | | | | | 2:17:55 End Re-DX |
| | | | | | | Re-CX by Mr. Arens |
| | 12 | | 3/19/07 | 3/19/07 | | **Application and Affidavit for Search Warrant (Original) - One(1) DHL Mail Parcel Bearing the Printed Address, 801 Pale San Vitores Rd., Tumon, Guam 96913, filed Jan. 8, 2007** |
| | | | | | | 2:25:18 End Re-CX |
| | | | | | | Court examines witness |
| | | | | | | 2:30:07 End Court examination |
| | | | | | | Follow-up CX by Mr. Arens |
| | | | | | | 2:33:11 End follow-up by Mr. Arens |
| | | | | | | Follow-up DX by Ms. San Nicolas |
| | | | | | | 2:33:46 End follow-up by Ms. San Nicolas |
| | | | | | | Witness excused |
| | | | | | | **JOSEPH AGUIGUI GANGE, called and sworn** |
| | | | | | | DX by Ms. San Nicolas |
| | 13 | | 3/19/07 | 3/19/07 | | X-ray photos (black & white); as displayed on the screen of the machine being used (1st photo is of statue; following photos are of bath products) |
| | 14 | | 3/19/07 | 3/19/07 | | X-ray photos (black & white); as displayed on the screen of the machine being used (bath products) |

| PRESIDING JUDGE **FRANCES TYDINGCO-GATEWOOD** | | | | | PLAINTIFF'S ATTORNEY **ROSETTA SAN NICOLAS** | DEFENDANT'S ATTORNEY **RICHARD ARENS** |
|---|---|---|---|---|---|---|
| HEARING DATE (S) MARCH 19, 2007 | | | | | COURT REPORTER **WANDA MILES** | COURTROOM DEPUTY **LEILANI TOVES HERNANDEZ** |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 15 | | 3/19/07 | 3/19/07 | | X-ray photos (black & white); as displayed on the screen of the machine being used (bath products - different angle) |
| | | | | | | 2:55:13 End DX |
| | | | | | | CX by Mr. Arens |
| | | B | 3/19/07 | 3/19/07 | | Report of Customs Officer Joseph Gange, dated |
| | 14 | | 3/19/07 | 3/19/07 | | X-ray photos (black & white); as displayed on the screen of the machine being used (bath products) |
| | | | | | | 3:09:10 End CX |
| | | | | | | Re-DX by Ms. San Nicolas |
| | | | | | | 3:09:45 End Re-DX |
| | | | | | | **Court examines witness** |
| | 13 | | 3/19/07 | 3/19/07 | | X-ray photos (black & white); as displayed on the screen of the machine being used (1st photo is of statue; following photos are of bath products) |
| | 14 | | 3/19/07 | 3/19/07 | | X-ray photos (black & white); as displayed on the screen of the machine being used (bath products showing brush, metal object) |
| | 15 | | 3/19/07 | 3/19/07 | | X-ray photos (black & white); as displayed on the screen of the machine being used (bath products - different angle) |
| | | | | | | 3:16:34 End Court examination |
| | | | | | | Re-CX by Mr. Arens |
| | | | | | | 3:17:45 End Re-CX; no further examination |
| | | | | | | Witness excused |
| | | | | | | **MICHAEL CLAYTON PERKINS, called and sworn** |
| | | | | | | DX by Ms San Nicolas |
| | | | | | | 3:24:38 End DX |
| | | | | | | CX by Mr. Arens |
| | | C | 3/19/07 | 3/19/07 | | Report of Officer Perkins, dated 1/5/2007 |
| | | | | | | 3:37:03 End CX |
| | | | | | | Re-DX by Ms. San Nicolas |
| | | | | | | 3:37:53 End Re-DX |
| | | | | | | Re-CX by Mr. Arens |
| | 12 | | 3/19/07 | 3/19/07 | | **Application and Affidavit for Search Warrant (Original) - One(1) DHL Mail Parcel Bearing the Printed Address, 801 Pale San Vitores Rd., Tumon, Guam 96913, filed Jan. 8, 2007** |
| | | | | | | 3:45:02 End Re-CX |
| | | | | | | Court examines witness |
| | | | | | | 3:46:32 End Court examination |
| | | | | | | Follow-up CX by Mr. Arens |
| | | | | | | 3:52:48 End follow-up CX |
| | | | | | | Follow-up DX by Ms. San Nicolas |
| | | | | | | 3:54:52 End follow-up DX |
| | | | | | | 2nd follow-up CX by Mr. Arens |
| | | | | | | Court examines witness |
| | | | | | | 3:57:18 End Court examination |
| | | | | | | Witness excused |
| | | | | | | **3:58:46 End day 2** |