# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00001-001     DATE: March 20, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley     Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 9:41:33 - 10:56:46
CSO: B. Benavente

**APPEARANCES:**

Defendant: Ryan Jason Wall     Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas     U.S. Agent: Mike Perkins, D.E.A. Task Force Agent
U.S. Probation: None Present     U.S. Marshal: T. Muna / D. Punzalan
Interpreter:     Language:

**PROCEEDINGS: Continued Motion to Suppress Physical Evidence**
- Motion argued by Government and Defense.
- Motion denied.
- Order to be prepared by: Court.
- Exhibits 12, 13, 14, and 15 were admitted. Remaining exhibits will be marked and kept with the record.
- Trial set for: March 29, 2007 at 9:30 a.m.
- Trial documents and all pretrial motions due: 3/23/2007
- Opposition to pretrial motions due by: 10:00 a.m. on 3/27/2007
- Reply to opposition due by: 10:00 a.m. on 3/28/2007
- Motion hearing set for: March 28, 2007 at 1:30 p.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: