JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RYAN JASON WALL

FILED
DISTRICT COURT OF GUAM
MAR 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00001 |
| Plaintiff, | ) |
| | ) NOTICE OF INTENT TO CHANGE PLEA |
| vs. | ) |
| RYAN JASON WALL, | ) |
| Defendant. | ) |

## NOTICE OF INTENT TO CHANGE PLEA

Defendant, RYAN JASON WALL, by and through undersigned counsel, Richard P. Arens, Assistant Federal Public Defender, hereby submits Notice of Intent to Change Plea from not guilty to guilty. Defendant will be entering a conditional plea pursuant to the Federal Rules of Criminal Procedure 11(a)(2). Defendant further requests that a Change of Plea hearing be scheduled

//

//

ORIGINAL

for a time and date convenient to the Court.

DATED: Mongmong, Guam, March 23, 2007.

/s/ Richard P. Arens
RICHARD P. ARENS
Attorney for Defendant
YOUNG TAEK LEE

2

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's office to the following on March 23, 2007:

ROSETTA SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, March 23, 2007.

_____
RENATE DOEHL
Operations Administrator

RICHARD P. ARENS
Attorney for Defendant
YOUNG TAEK LEE