JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RYAN JASON WALL

FILED
DISTRICT COURT OF GUAM
MAR 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-07-00001 |
|---|---|
| Plaintiff, | ) NOTICE OF RESERVATION OF RIGHT |
| | ) TO APPEAL; CERTIFICATE OF |
| vs. | ) SERVICE |
| RYAN JASON WALL, | ) |
| Defendant. | ) |

### NOTICE OF RESERVATION OF RIGHT TO APPEAL

Defendant, RYAN JASON WALL, by and through undersigned counsel, Richard P. Arens, Assistant Federal Public Defender, respectfully reserves the right to appeal the order rendered on March 20, 2007 denying his request to suppress physical evidence. This notice is

//

//

filed pursuant to Federal Rules of Criminal Procedure 11(a)(2).

DATED: Mongmong, Guam, March 23, 2007.

_____
RICHARD P. ARENS
Attorney for Defendant
RYAN JASON WALL


_____
RYAN JASON WALL
Defendant

2

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on March 23, 2007:

ROSETTA SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, March 23, 2007.

_____
RENATE A. DOEHL
Legal Secretary to

RICHARD P. ARENS
Attorney for Defendant
RYAN JASON WALL