RyanWall.MDI

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL 0 5 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> RYAN JASON WALL, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 07-00001 <br><br> **MOTION TO DISMISS** <br> **INDICTMENT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause, as to defendant RYAN JASON WALL, be dismissed for the reason that the defendant has been charged through an Information in Criminal Case No. 07-00025. Said Information has incorporated similar criminal acts described in the Criminal Case No. 07-00001.

Respectfully submitted this ___5th___ day of July, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA SAN NICOLAS
Assistant U.S. Attorney