RyanWall.ORD

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00001 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER DISMISSING INDICTMENT** |
| RYAN JASON WALL, | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that the Indictment in the above-captioned case is hereby dismissed with prejudice.

**SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
   **Chief Judge**
**Dated: Jul 05, 2007**